Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA

| | |
|---|---|
| WESLEY H. H. CHING | 2896-0 |
| SHEREE KON-HERRERA | 6927-0 |

1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
whc@fmhc-law.com; skh@fmhc-law.com

| | |
|---|---|
| AMOS FRIEDLAND | *Admitted Pro Hac Vice* |
| JORDANA HAVIV | *Admitted Pro Hac Vice* |
| RICHARD CIPOLLA | *Admitted Pro Hac Vice* |

Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY  10016

Attorneys for Plaintiff
FIRST INSURANCE COMPANY OF HAWAII, LTD.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FIRST INSURANCE COMPANY OF HAWAII LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL INSURANCE COMPANY and CONTINENTAL INSURANCE AGENCY OF HAWAII, LTD., <br><br> Defendants. | Case No. CV 23-00198 JMS-RT <br><br> PLAINTIFF FIRST INSURANCE COMPANY OF HAWAII'S MOTION TO REMAND AND TO STAY DISCOVERY AND ALL CASE DEADLINES; MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND AND TO STAY DISCOVERY AND ALL CASE DEADLINES; CERTIFICATE OF SERVICE |

## PLAINTIFF FIRST INSURANCE COMPANY OF HAWAII'S MOTION TO REMAND AND TO STAY DISCOVERY AND ALL CASE DEADLINES

Plaintiff First Insurance Company of Hawaii Ltd. ("Plaintiff" or "FICOH"), by and through its undersigned counsel, and upon all papers and proceedings herein, hereby moves this Court pursuant to 28 U.S.C. § 1447(c) for an order remanding this case to the First Circuit Court, State of Hawai'i.

Plaintiff respectfully requests that the Court remand the action, or in the alternative, grant FICOH the opportunity to pursue jurisdictional discovery to explore Defendant Continental Insurance Company ("Continental")'s assertion that Defendant Continental Insurance Agency of Hawaii, Ltd. ("Continental Hawaii") is not properly joined as a defendant to this action. While the Court assesses whether it has subject matter jurisdiction over this action, FICOH respectfully requests that the Court stay all discovery and case deadlines.

This motion is made following the conference of counsel pursuant to LR7.8 which took place on May 26, 2023.  The conference was scheduled to discuss the report to the court required by Federal Rules of Civil Procedure 26(f) and included FICOH's intention to file a motion to remand.  The parties were unable to reach a resolution on the jurisdictional issue.

3

DATED: Honolulu, Hawaii, May 30, 2023.

      /s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
AMOS FRIEDLAND
JORDANA HAVIV
RICHARD CIPOLLA
Attorneys for Plaintiff
FIRST INSURANCE COMPANY OF
HAWAII, LTD.