IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FIRST INSURANCE COMPANY OF HAWAII, LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONTINENTAL INSURANCE COMPANY and CONTINENTAL INSURANCE AGENCY OF HAWAII, LTD.,<br><br>　　　　　Defendants. | CIVIL NO. 23-CV-00198 JMS-RT<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

　　　　I HEREBY CERTIFY that a copy of the foregoing document was hereby served on the following at their last known address Electronically through CM/ECF:

Thomas Benedict　　　　　　　　　tbenedict@fbslawyers.com
Farm Benedict Sugihara LLP
Topa Financial Center, Bishop Street Tower
700 Bishop Street, Suite 1601
Honolulu, Hawaii  96813

Andrew M. Meerkins　　　　　　　ameerkins@foley.com
David J. Wenthold　　　　　　　　dwenthold@foley.com
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202

Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY

DATED: Honolulu, Hawaii, May 30, 2023.

/s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
Attorneys for Plaintiff
FIRST INSURANCE COMPANY OF HAWAII, LTD.