Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA

WESLEY H. H. CHING        2896-0
SHEREE KON-HERRERA        6927-0
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
whc@fmhc-law.com; skh@fmhc-law.com

AMOS FRIEDLAND           *Admitted Pro Hac Vice*
JORDANA HAVIV            *Admitted Pro Hac Vice*
RICHARD CIPOLLA          *Admitted Pro Hac Vice*
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY  10016

Attorneys for Plaintiff
FIRST INSURANCE COMPANY OF HAWAII, LTD.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FIRST INSURANCE COMPANY OF HAWAII LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL INSURANCE COMPANY and CONTINENTAL INSURANCE AGENCY OF HAWAII, LTD., <br><br> Defendants. | Case No. CV 23-00198 JMS-RT <br><br> PLAINTIFF FIRST INSURANCE COMPANY OF HAWAII'S MOTION TO DISMISS; MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS; CERTIFICATE OF SERVICE |

# PLAINTIFF FIRST INSURANCE COMPANY OF HAWAII'S MOTION TO DISMISS

Plaintiff First Insurance Company of Hawaii Ltd. ("Plaintiff" or "FICOH"), by and through its undersigned counsel, and upon all papers and proceedings herein, hereby moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing with prejudice Count I of Defendant's Counterclaim on the ground that Count I fails to state a claim upon which relief can be granted.

This motion is made following the exchange of electronic mail on June 13, 2023, wherein Andrew M. Meerkins, counsel for Conitnental Insurance Company, agreed with Richard Cipolla, counsel for FICOH, that no meet and confer was necessary pursuant to LR 7.8 and the parties were unable to reach a resolution on FICOH's Motion to Dismiss.

DATED: Honolulu, Hawaii, June 14, 2023.

          /s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
AMOS FRIEDLAND
JORDANA HAVIV
RICHARD CIPOLLA
Attorneys for Plaintiff
FIRST INSURANCE COMPANY OF
HAWAII, LTD.