IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FIRST INSURANCE COMPANY OF HAWAII, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL INSURANCE COMPANY and CONTINENTAL INSURANCE AGENCY OF HAWAII, LTD., <br><br> Defendants. | CIVIL NO. 23-CV-00198 JMS-RT <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was hereby served on the following at their last known address Electronically through CM/ECF:

Thomas Benedict            tbenedict@fbslawyers.com
Farm Benedict Sugihara LLP
Topa Financial Center, Bishop Street Tower
700 Bishop Street, Suite 1601
Honolulu, Hawaii 96813

Andrew M. Meerkins       ameerkins@foley.com
David J. Wenthold          dwenthold@foley.com
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY

DATED: Honolulu, Hawaii, June 14, 2023.

          /s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
Attorneys for Plaintiff
FIRST INSURANCE COMPANY OF HAWAII, LTD.